UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTRELLA ADELA JAVIER,
DANIELA JAVIER and ESTATE
OF WILBERT JAVIER PRADO,

      Plaintiffs,

v.                          Case No. 07-C-0204

CITY OF MILWAUKEE and
ESTATE OF ALFONZO C. GLOVER,

      Defendants.

**ORDER GRANTING DEFENDANT CITY OF MILWAUKEE'S MOTION TO STAY DISCOVERY**

On June 19, 2007, defendant City of Milwaukee filed a motion to stay any and all discovery with respect to the plaintiffs' claims against the City of Milwaukee ("the City") relating to the assertion of municipal liability under federal civil rights law until the completion of discovery regarding the plaintiffs' claims against defendant Glover individually and the resolution of any summary judgment motions relating to Glover's individual liability. A hearing was conducted on September 17, 2007, at which each side presented oral arguments. For the reasons more particularly stated on the record on September 17, 2007, the City's motion to stay discovery relating to the plaintiffs' federal municipal liability claim will be granted.

**NOW THEREFORE IT IS ORDERED** that the City's motion to stay discovery relating to the plaintiffs' federal municipal liability claim be and hereby is **GRANTED**. All discovery on the plaintiffs' *Monell* claim is stayed until such time as discovery on the plaintiffs' claims regarding

defendant Glover's individual liability is complete and any motions for summary judgment relating thereto are resolved.

**SO ORDERED** this 17th day of September 2007, at Milwaukee, Wisconsin.

s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge