UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTRELLA ADELA JAVIER,
and DANIELA JAVIER, minor children
of Wilbert Javier Prado, appearing by their
Guardian ad Litem, Ernesto Romero,
ESTATE OF WILBERT JAVIER PRADO,
by PATRICIA D. JURSIK, Special Administrator,

               Plaintiffs,

     v.                                    Case No. 07-C-0204

CITY OF MILWAUKEE and
ESTATE OF ALFONZO C. GLOVER,

               Defendants.

---

## SCHEDULING ORDER

---

On January 26, 2010, the court conducted a scheduling conference, in accordance with Fed. R. Civ. P. 16 and Civil L.R. 16.1. Appearing on behalf of the plaintiffs were Attorney Howard Schoenfeld and Attorney Megan Senatori and appearing on behalf of the defendants was Attorney Jan Smokowicz.

**IT IS HEREBY ORDERED**,

    1.    The court will conduct a final pretrial conference on May 19, 2010 at 9:30 a.m. in Room 253 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202.

    2.    The parties are to prepare and file pretrial reports in accordance with Civil L.R. 16.3. Reports are due on or before May 12, 2010. The report must be signed by the attorney (or a party personally, if not represented by counsel) who will try the case. Sanctions, which may include the dismissal of claims and defenses, may be imposed if a pretrial report is not filed.

The report must include the following:

a. A short summary statement of the facts of the case and theories of liability or defense. The statement should not be longer than two pages.

b. A statement of the issues.

c. The names and addresses of all witnesses expected to testify. A witness not listed will not be permitted to testify absent a showing of good cause.

d. If expert witnesses are to be used, a narrative statement of the experts' background.

e. A list of exhibits to be offered at trial, sequentially numbered according to General L.R. 26.1.

f. A designation of all depositions or portions of transcripts or other recordings of depositions to be read into the record or played at trial as substantive evidence. Reading or playing more than five pages from a deposition will not be permitted unless the court finds good cause.

g. Counsel's best estimate on the time needed to try the case.

h. All proposed questions that counsel would like the court to ask on voir dire.

i. Proposed instructions on substantive issues (also submit on an IBM-compatible 3.5" disk or CD).

j. Proposed verdict form (also submit on an IBM-compatible 3.5" disk or CD).

In addition to completing a report, counsel are expected to confer and make a good faith effort to settle the case. Counsel are also expected to arrive at stipulations that will save time during the trial.

3. A trial to a jury will be conducted on June 7, 2010 at 9:00 a.m. The parties will be advised of the courtroom at a later date. It is estimated that the trial will take two weeks.

**SO ORDERED** this 26th day of January 2010, at Milwaukee, Wisconsin.

s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge